NICOLE R. ROGGEVEEN, Bar No. 252587
nroggeveen@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone:  (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendant Sergeant Julio Olguin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHEN-CHEN HWANG and JIUN-TSONG WU,<br><br>   Plaintiffs,<br><br>v.<br><br>SERGEANT JULIO OLGUIN, and DOES 1 through 20,<br><br>   Defendants. | Case No. 5:22-cv-00424-JGB-KK<br><br>**NOTICE OF TENTATIVE SETTLEMENT**<br><br>[L.R. 40-2]<br><br>Complaint Served:         3/24/2022<br>Initial Response Date:    4/15/2022<br>Current Response Date:  6/14/2022<br><br>The Hon. Jesus G. Bernal<br><br>Trial Date:         Not yet set |

00086395.1

NOTICE OF TENTATIVE SETTLEMENT

TO THE ABOVE-ENTITLED HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties to the above-captioned case have reached a tentative settlement that will result in the dismissal of the entire action with prejudice. The settlement will become final upon approval by the Riverside County Board of Supervisors, which is estimated to take up to ninety (90) days from the date of the filing of this Notice. In the meantime, the parties will prepare a formal written settlement agreement to memorialize the terms of settlement. Once the settlement has been approved by the Board and the formal settlement agreement is finalized and executed, the parties will file with the Court a Stipulation for Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1).

Dated: May 27, 2022                    **LAW OFFICE OF ALEX COOLMAN**

By:    /s/ Alex Coolman
Alex Coolman
Attorneys for Plaintiffs Chen-Chen Hwang and Jiun-Tsong Wu

Dated: May 27, 2022                    **COLE HUBER, LLP**

By:    /s/ Nicole R. Roggeveen
Nicole R. Roggeveen
Attorneys for Defendant Sergeant Julio Olguin

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Notice attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

00086395.1

2
NOTICE OF TENTATIVE SETTLEMENT